## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW W. SCOFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORMATION PLASTICS, )<br>)<br>Defendant. )<br>) | **CIVIL ACTION**<br><br>No. 12-1368-MLB |

### ORDER

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge Kenneth Gale, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. Rule 72(b), the court accepts the recommended decision and adopts it as its own. Plaintiff's motion to proceed in forma pauperis is denied. (Doc. 3). Plaintiff must pay the filing fee of $350 to the clerk on or before December 17, 2012. The failure to do so will result in his case being dismissed, without prejudice.

IT IS SO ORDERED.

Dated this   27th   day of November 2012, at Wichita, Kansas.

s/ Monti Belot
Monti L. Belot
UNITED STATES DISTRICT JUDGE